UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTONIO HERRERA BARRAGAN, | ) | CASE NO. SA CV 09-409-GW (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| M. MCDONALD, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: September 21, 2010.

*/s/ George H. Wu*

GEORGE H. WU
UNITED STATES DISTRICT JUDGE

S:\GW\194 cases\SA09CV00409GW-J.wpd